# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**TERESA ANN THOMAS**                                                  **PLAINTIFF**

V.                  **CASE NO.: 3:12CV00204 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                     **DEFENDANT**

## JUDGMENT

Plaintiff Teresa Ann Thomas's appeal is denied and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 4th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE